FILED
AUG 05 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Gary Savage

               Plaintiff,

v.

B. Curry, Warden
               Defendant.

CASE NO. C08-3572 RMW

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

I, Gary Savage, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed?    Yes ___ No **X**

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

2.     Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.    Business, Profession or    Yes ___ No **X**
        self employment
    b.    Income from stocks, bonds,    Yes ___ No **X**
        or royalties?

c. Rent payments? Yes ___ No **X**
d. Pensions, annuities, or life insurance payments? Yes ___ No **X**
e. Federal or State welfare payments, Social Security or other government source? Yes ___ No **X**

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

_____

3. Are you married? Yes **X** No ___

Spouse's Full Name: _Cheryl Marie Dunbar_

Spouse's Place of Employment: _? donT Know_

Spouse's Monthly Salary, Wages or Income:

Gross $ _donT Know_    Net $ _____

4. a. List amount you contribute to your spouse's support:

$ _____0_____

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____0_____

_____

5. Do you own or are you buying a home? Yes ___ No **X**

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile? Yes ___ No **X**

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

2

Monthly Payment: $ ___0___

7.  Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes ___ No _X_

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No _X_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)
Yes ___ No _X_

_____

8.  What are your monthly expenses?

Rent: $ ___0___   Utilities: ___0___

Food: $ ___0___   Clothing: ___0___

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| N/A | $ 0 | $ 0 |
|  | $ 0 | $ 0 |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

___0___

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

3

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7-15-08
DATE

_[signature]_
SIGNATURE OF APPLICANT

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __GARY SAVAGE / V17266__ for the last six months at
[prisoner name]

__Avenal State Prison__ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $__0.00__ and the average balance in the prisoner's account each month for the most recent 6-month period was $__0.00__.

Dated: __7/23/08__    __Edna Buna__
                     Authorized officer of the institution

```
REPORT ID: TS3030 .701                          REPORT DATE: 07/23/08
                                                PAGE NO:         1
                  CALIFORNIA DEPARTMENT OF CORRECTIONS
                         AVENAL STATE PRISON
                     INMATE TRUST ACCOUNTING SYSTEM
                     INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: FEB. 14, 2008 THRU JUL. 23, 2008

ACCOUNT NUMBER : V17266              BED/CELL NUMBER: 520 00000000070L
ACCOUNT NAME   : SAVAGE, GARY        ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                         TRUST ACCOUNT ACTIVITY

   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                         CURRENT HOLDS IN EFFECT

   DATE      HOLD
   PLACED    CODE     DESCRIPTION           COMMENT      HOLD AMOUNT
   -------   ----   -------------------     ---------    -----------
   06/16/2008  H107  POSTAGE HOLD           705367LEPO       6.35
   07/23/2008  H109  LEGAL POSTAGE HOLD     800398LEPO       2.36
   07/23/2008  H109  LEGAL POSTAGE HOLD     800398LEPO       1.68
   07/23/2008  H118  LEGAL COPIES HOLD      800403LECO       0.75

                         TRUST ACCOUNT SUMMARY

   BEGINNING    TOTAL      TOTAL       CURRENT    HOLDS     TRANSACTIONS
   BALANCE      DEPOSITS   WITHDRAWALS BALANCE    BALANCE   TO BE POSTED
   ---------    --------   ----------- --------   -------   ------------
      0.00        0.00        0.00       0.00      11.14        0.00

                                                CURRENT
                                                AVAILABLE
                                                BALANCE
                                                ---------
                                                   11.14-
```

*No Activity* (handwritten)

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7/23/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE



Gary Savage
V-13266
ASP. 520-Blewel
P.O. Box 9
Avenal, California
93204

Confidential
Legal

LEGAL MAIL
JUL 30 2008
AVENAL STATE PRISON
MAILROOM

Clerk: Richard W. Wieking
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Calif.
94102

Confidential

AVENAL STATE PRISON

NO FUNDS

neopost
Mailed From 93204
07/30/2008
US POSTAGE
$00.590

Case 5:08-cv-03572-RMW    Document 3    Filed 08/05/2008    Page 8 of 8

c/o K Ramirez
ASP-II
LEGAL MAIL 7/29/08