"Exhibits A 8-9"

Attached Written Writ
of Habeas Corpus

Supplement:
CV08 3572 RMW (PR)

"Exhibits A 8-9"

Attached Written Writ
of Habeas Corpus

Supplement:
CV08 3572 RMW (PR)

"ExhA8"

## ABSTRACT OF JUDGMENT – PRISON COMMITMENT - DETERMINATE
[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]

CR-290

SUPERIOR COURT OF CALIFORNIA, COUNTY OF: **CONTRA COSTA**

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: **GARY SAVAGE**
AKA:
CII#: **A06 078 842**
BOOKING #:
DOB: **05-16-61**

☐ NOT PRESENT

021689-5  -A
-B
-C
-D

☐ COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT
☐ AMENDED ABSTRACT

FILED
DEC 17 2003
K. TORRE, CLERK OF THE COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA
By _____, Deputy Clerk

| DATE OF HEARING | DEPT. NO. | JUDGE |
|---|---|---|
| 12-05-03 | 28 | RICHARD E. ARNASON |

| CLERK | REPORTER | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|
| V. NELSON | M. ARGYROPOULOS | |

| COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | ☐ APPTD. |
|---|---|---|
| Derek Ewin | Paul Mariano | |

1. Defendant was convicted of the commission of the following felonies:
   ☐ Additional counts are listed on attachment
   ___ (number of pages attached)

| CNT. | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | CONVICTED BY JURY | COURT | PLEA | TERM (L,M,U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOLENT | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PC | 236/237 | False Imprison by Violence | 2002 | 04-02-03 | X | | | U | x | | | | | X | | |
| 3 | PC | 273.5(a) | Corporal Injury to Spouse | 2002 | 04-02-03 | X | | | U | | | | | | | 8 | |
| 4 | PC | 245(a)(1) | Assault by Force Likely | 2002 | 04-02-03 | X | | | U | x | | | | | X | | |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**INMATE COPY**

4. ☒ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).
5. INCOMPLETED SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |
| | |

6. TOTAL TIME ON ATTACHED PAGES: _____
7. ☐ Additional indeterminate term (see CR-292).
8. TOTAL TIME EXCLUDING COUNTY JAIL TERM: **8**

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CR –290 (Rev. January 1, 2003)

ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]

Penal Code,
§§ 1213, 1213.5

*Handwritten annotation:* all Court Docs (minute orders, Charging Documents, and AOJ) are very clear that it was the Court's intent that you were sentenced In Accordance with 2nd Strikes law. ____ (has nothing to do with violence). C. Baker, CCRA

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: GARY SAVAGE

| 021689-X -A | -B | -C | -D |
|---|---|---|---|

9. **FINANCIAL OBLIGATIONS** (including any applicable penalty assessments):

  a. <u>Restitution Fine(s)</u>:
  Case A: **$200.00**   per PC 1202.4(b) forthwith per PC 2085.5;   $200.00   per PC 1202.45 suspended unless parole is revoked.
  Case B: $_____   per PC 1202.4(b) forthwith per PC 2085.5;   $_____   per PC 1202.45 suspended unless parole is revoked.
  Case C: $_____   per PC 1202.4(b) forthwith per PC 2085.5;   $_____   per PC 1202.45 suspended unless parole is revoked.
  Case D: $_____   per PC 1202.4(b) forthwith per PC 2085.5;   $_____   per PC 1202.45 suspended unless parole is revoked.

  b. <u>Restitution per PC 1202.4(f)</u>:
  Case A: **$1,850.00**   ☐ Amount to be determined   to ☒ victim(s)*   ☐ Restitution Fund
  Case B: $_____           ☐ Amount to be determined   to ☐ victim(s)*   ☐ Restitution Fund
  Case C: $_____           ☐ Amount to be determined   to ☐ victim(s)*   ☐ Restitution Fund
  Case D: $_____           ☐ Amount to be determined   to ☐ victim(s)*   ☐ Restitution Fund

  (*List victim name(s) if known and amount breakdown in item 11, below.)

  c. <u>Fine(s)</u>:
  Case A: $_____   per PC 1202.5. $_____   per VC 23550 or _____ days   ☐ county jail ☐ prison in lieu of fine ☐ CC ☐ CS
  Case B: $_____   per PC 1202.5. $_____   per VC 23550 or _____ days   ☐ county jail ☐ prison in lieu of fine ☐ CC ☐ CS
  Case C: $_____   per PC 1202.5. $_____   per VC 23550 or _____ days   ☐ county jail ☐ prison in lieu of fine ☐ CC ☐ CS
  Case D: $_____   per PC 1202.5. $_____   per VC 23550 or _____ days   ☐ county jail ☐ prison in lieu of fine ☐ CC ☐ CS

  d. <u>Lab Fee and Drug Program Fee</u>:
  Case A: Lab Fee: $_____   per HS 11372.5(a) for counts _____.   ☐ Drug Program Fee of $150 per HS 11372.7(a).
  Case B: Lab Fee: $_____   per HS 11372.5(a) for counts _____.   ☐ Drug Program Fee of $150 per HS 11372.7(a).
  Case C: Lab Fee: $_____   per HS 11372.5(a) for counts _____.   ☐ Drug Program Fee of $150 per HS 11372.7(a).
  Case D: Lab Fee: $_____   per HS 11372.5(a) for counts _____.   ☒ Drug Program Fee of $150 per HS 11372.7(a).

10. **TESTING**
  a. ☐ AIDS pursuant to PC 1202.1   b. ☒ DNA pursuant to PC 296   c. ☐ other (specify): _____

11. **Other orders** (specify):
The Court reserves jurisdiction over any future claims to restitution; amount set forth above was paid out by Victim Witness Program.

12. **EXECUTION OF SENTENCE IMPOSED**
  a. ☒ at initial sentencing hearing.
  b. ☐ at resentencing per decision on appeal.
  c. ☐ after revocation of probation.
  d. ☐ at resentencing per recall of commitment. (PC 1170(d).)
  e. ☐ other (specify):

13. **CREDIT FOR TIME SERVED**

| CASE | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | |
|---|---|---|---|---|
| A | 619 ~~433~~ | 413 ~~395~~ | 206 ~~38~~ | ☐ 4019  ☒ 2933.1 |
| B | | | | ☐ 4019  ☐ 2933.1 |
| C | | | | ☐ 4019  ☐ 2933.1 |
| D | | | | ☐ 4019  ☐ 2933.1 |

Date Sentence Pronounced: **12-05-03**

Time Served in State Institution:
DMH [ ]   CDC [ ]   CRC [ ]

14. The defendant is remanded to the custody of the sheriff ☒ forthwith   ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
  To be delivered to   ☒ the reception center designated by the director of the California Department of Corrections.
                      ☐ other (specify):

**INMATE COPY**

**CLERK OF THE COURT**
I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE: /s/ C. Nelson
DATE: **12-17-03**

CR-290 (Rev. January 1, 2003)   **ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE**   Page 2 of 2



BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

LOCAL MAIL
AUG 0 4 2008
AVENAL STATE PRISON
MAILROOM

Confidential

AVENAL STATE PRISON

Larry Dukes V17266
#SP 520-06
P.O. Box 9
Avenal Ca 93204

Case 5:08-cv-03572-RMW    Document 4    Filed 08/18/2008    Page 5 of 5