**FILED**

AUG 1 8 2008

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7

8
9

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

10

11 |                          Plaintiff,          CASE NO. **CV-08-3572 RMW (PR)**

12 | vs.                                          **PRISONER'S**
**APPLICATION TO PROCEED**
13 |                                              **IN FORMA PAUPERIS**

14 |                          Defendant.

15 _____

16     I, _Mary Savage_____, declare, under penalty of perjury that I am the

17 plaintiff in the above entitled case and that the information I offer throughout this application

18 is true and correct. I offer this application in support of my request to proceed without being

19 required to prepay the full amount of fees, costs or give security. I state that because of my

20 poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21 entitled to relief.

22     In support of this application, I provide the following information:

23 1.     Are you presently employed?  Yes ____  No **X**

24 If your answer is "yes," state both your gross and net salary or wages per month, and give the

25 name and address of your employer:

26 Gross: ___—0—_____ Net: ___—0—_____

27 Employer: _____

28 _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____ *N/A* _____

5  _____

6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.      Business, Profession or          Yes ___  No X

10             self employment

11     b.      Income from stocks, bonds,       Yes ___  No X

12             or royalties?

13     c.      Rent payments?                   Yes ___  No X

14     d.      Pensions, annuities, or          Yes ___  No X

15             life insurance payments?

16     e.      Federal or State welfare payments,   Yes ___  No X

17             Social Security or other govern-

18             ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.      Are you married?                        Yes X  No ___

24  Spouse's Full Name: *Cheryl Marie Dunbar*

25  Spouse's Place of Employment: *don't Know*

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $ *don't Know* _____ Net $ _____

28  4.      a.      List amount you contribute to your spouse's support:$ *0*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.    Do you own or are you buying a home?    Yes ___ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?    Yes ___ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $_____

Monthly Payment: $_____

7.    Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ___ No _X_ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ___

_____

8.    What are your monthly expenses?

Rent: $____0____    Utilities: __0__

Food: $____0____    Clothing: __0__

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.  Do <u>not</u> include account numbers.)

_____

_____

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____ No ✗

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_7-31-08_____          _Gary Salog_____
DATE                                        SIGNATURE OF APPLICANT

REPORT ID: TS3030 .701                                    REPORT DATE: 07/23/08
                                                          PAGE NO:        1

                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              AVENAL STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT


              FOR THE PERIOD: FEB. 14, 2008 THRU JUL. 23, 2008


ACCOUNT NUMBER : V17266            BED/CELL NUMBER: 520 00000000070L
ACCOUNT NAME   : SAVAGE, GARY         ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                        TRUST ACCOUNT ACTIVITY


    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>



                        CURRENT HOLDS IN EFFECT
    DATE       HOLD
    PLACED     CODE        DESCRIPTION         COMMENT      HOLD AMOUNT
  ----------   ----   ---------------------   ----------   -----------
  06/16/2008   H107   POSTAGE HOLD            705367LEPO        6.35
  07/23/2008   H109   LEGAL POSTAGE HOLD      800398LEPO        2.36       *No Activity*
  07/23/2008   H109   LEGAL POSTAGE HOLD      800398LEPO        1.68
  07/23/2008   H118   LEGAL COPIES HOLD       800403LECO        0.75


                        TRUST ACCOUNT SUMMARY

  BEGINNING     TOTAL        TOTAL       CURRENT       HOLDS      TRANSACTIONS
   BALANCE     DEPOSITS   WITHDRAWALS    BALANCE      BALANCE     TO BE POSTED
------------- ----------- ------------- ------------- ----------- --------------
     0.00        0.00         0.00         0.00         11.14         0.00
------------- ----------- ------------- ------------- ----------- --------------
------------- ----------- ------------- ------------- ----------- --------------

                                          CURRENT
                                          AVAILABLE
                                          BALANCE
                                        ---------------
                                             11.14-
                                        ---------------
                                        ---------------

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:  7/23/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
         TRUST OFFICE

Case Number:_____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement

showing transactions of ____GARY SAVAge / VI7266____ for the last six months at
                                                    [prisoner name]

____AVeNAL State Prison_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-

month period were $____0.00____ and the average balance in the prisoner's account each month for

the most recent 6-month period was $____0.00____.

Dated:__7/23/08__                        ____Edna Buna____
                                         Authorized officer of the institution

5

ORIGINAL
FILED

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUL 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your petition has been filed as civil case number **CV 08    3572**

**RMW**

✓ A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

**(PR)**

1. _✓_ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

_____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

_____ Your In Forma Pauperis Application was not completed in its entirety.

_____ You did not sign your In Forma Pauperis Application.

_____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

_____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

_____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.**

*I mail ANOther oNe Last Week To show I had No money*

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
            Deputy Clerk

rev. 11/07

*SAVAGE*



Gary Savage
V17366
528-1bLower
P.O. Box 9
Avenal, California
93204

AVENAL STATE PRISON

Confidential

RECEIVED

RMW   AUG

CLERK
NORTHERN
U.S. CA

AVENAL STATE PRISON
MAILROOM
AUG       08

049J82042606

neopost

$ 01.000
Mailed From 93204
08/01/2008
US POSTAGE

Dept

United States District Court of
Northern District Of California
450 Golden Gate Avenue
San Francisco, California
94102

NO FUNDS

CASE NUMBER
IN CLOSE.

N Dempsey 7/31/08

*Mailed Out July 31, 2008*