1
2
3
4
5
6                                                           ***E-FILED - 11/21/08***
7
8
9       IN THE UNITED STATES DISTRICT COURT
10      FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12  GARY SAVAGE,                    )   No. C 08-3572 RMW (PR)
                                    )
    Petitioner,                     )   ORDER GRANTING
13                                  )   RESPONDENT'S
    v.                              )   APPLICATION FOR
14                                  )   EXTENSION OF TIME
    BEN CURRY, Warden,              )
15                                  )   (Docket No. 7)
    Respondent.                     )
16                                  )
                                    )
17  _____  )

18      Good cause appearing, respondent is hereby granted an extension of time, up to and
19  including January 9, 2009, in which to file a motion or answer to the petition for habeas corpus.
20  Petitioner shall file any opposition within 30 days thereafter.  Respondent shall file any response
21  within 15 days from the date petitioner files his opposition.
22      This order terminates docket no. 7.
23      IT IS SO ORDERED.
24  DATED:  11/19/08                         *Ronald M. Whyte*
                                             RONALD M. WHYTE
25                                           United States District Judge
26
27
28