***E-FILED - 3/18/09*** 

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SAVAGE, ) | No. C 08-3572 RMW (PR) |
| ) Petitioner, ) | JUDGMENT |
| vs. ) | |
| ) | |
| WARDEN B. CURRY, ) | |
| ) Respondent. ) | |

The court has granted respondent's motion to dismiss the petition as untimely. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

Dated: 3/16/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.08\Savage572jud.wpd